Pacewicz, Appellant, *v.* Young.

Argued March 15, 1960. Before JONES, C. J., MUS-MANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Nicholas P. Papadakos,* with him *J. Paul Farrell,* for appellant.

*J. Lawrence McBride,* with him *Dickie, McCamey, Chilcote & Robinson,* for appellee.

OPINION BY MR. JUSTICE EAGEN, June 30, 1960:

The sole legal question raised by this appeal is discussed at length and decided in the case of *Neuberg v. Bobowicz,* 401 Pa. 146, 162 A. 2d 662.

The order of the court below, sustaining appellee's preliminary objections to the second count of appellant's complaint, is accordingly affirmed.

DISSENTING OPINION BY MR. JUSTICE MUSMANNO:

I dissent from the decision of the Court in this case for the reasons set out at length in my Dissenting Opinion in the case of *Neuberg v. Bobowicz*, filed today, and reported in 401 Pa. 146, 162 A. 2d 662.